IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

TRISHA MAUPIN,               )
                             )
    Plaintiff,               )
                             )   Case No. 15-L-1078
vs.                          )
                             )
JOHNATHON MICHAEL BEVIL, As Agent )
And Employee of Schneider National Carriers and )
SCHNEIDER NATIONAL CARRIERS, )
                             )
    Defendant.               )

FILED
ST. CLAIR COUNTY
NOV 25 2015
CIRCUIT CLERK

**COMPLAINT**
**COUNT I**

Comes now Plaintiff, TRISHA MAUPIN, by her attorney, The Perica Law Firm, P. C., and for her cause of action against Defendant, JOHNATHON MICHAEL BEVIL, As Agent for Schneider National Carriers, states as follows:

1. That at all times mentioned herein, Plaintiff, TRISHA MAUPIN, was living at 14073 Travis Lane, in the City of Cairo, County of Alexander, State of Illinois;

2. That on or about December 3, 2013, at approximately 11:39 a.m., Defendant, JOHNATHON MICHAEL BEVIL, As Agent for Schneider National Carriers, was traveling in a northerly direction along and upon I-57, when he hit the automobile in which Plaintiff was a passenger in the rear quarter panel in the County of Pulaski, in the State of Illinois;

3. That on the above date and time, Plaintiff, TRISHA MAUPIN, was exercising ordinary care for her own safety and was a passenger in a vehicle traveling in an northerly direction along and upon I-57, in County Unit Road District Township, County of Pulaski, State of Illinois;

4. That on the above date and time the vehicle that Plaintiff was a passenger in and the

Case No. 15-L-_____
Page 1 of 4

**EXHIBIT A**

vehicle being driven by Defendant, violently collided causing Plaintiff, TRISHA MAUPIN, injuries as are hereinafter alleged:

5. That on the above date and time, Defendant, JOHNATHON MICHAEL BEVIL, As Agent for Schneider National Carriers, was then and there guilty of one or more of the following negligent acts or omissions:

   a. Failed to reduce his speed to avoid an accident;

   b. Failed to keep his vehicle under control;

   c. Failed to keep a proper lookout for Plaintiff and others traveling upon the roadway;

6. That as a direct and proximate result of Defendant's negligence as above set forth, Plaintiff, TRISHA MAUPIN, was then and there injured in her back and was pregnant at the time of the accident.

7. That Plaintiff was hindered and prevented from attending to her usual duties and affairs;

8. That Plaintiff has in the past and will in the future become liable for large sums of money for hospital and medical treatment in endeavoring to become healed and cured of her injuries;

9. That Plaintiff has in the past and will in the future lose large sums of monies, which would have otherwise accrued to her.

WHEREFORE, Plaintiff, TRISHA MAUPIN, prays for judgment against the Defendant, JOHNATHON MICHAEL BEVIL, As Agent for Schneider National Carriers, for an amount in excess of Fifty Thousand Dollars ($50,000.00) plus costs of suit.

Case No. 15-L-_____
Page 2 of 4

## COUNT II

Comes now Plaintiff, TRISHA MAUPIN, by her attorney, The Perica Law Firm, P. C., and for her cause of action against Defendant, SCHNEIDER NATIONAL CARRIERS, states as follows:

1. That at all times mentioned herein, Plaintiff, TRISHA MAUPIN, was living at 14073 Travis Lane, in the City of Cairo, County of Alexander, State of Illinois;

2. That on or about December 3, 2013, at approximately 11:39 a.m., Defendant's, SCHNEIDER NATIONAL CARRIERS, by and through its agent/employee, Johnathon Michael Bevil, vehicle was traveling in a northerly direction along and upon I-57, when it hit the automobile that Plaintiff was a passenger in in the rear quarter panel in the County of Pulaski, in the State of Illinois;

3. That on the above date and time, Plaintiff, TRISHA MAUPIN, was exercising ordinary care for her own safety and was a passenger in a vehicle traveling in an northerly direction along and upon I-57, in the County of Pulaski, State of Illinois;

4. That on the above date and time the vehicle that Plaintiff was a passenger in and the vehicle being driven by Defendant, violently collided causing Plaintiff, TRISHA MAUPIN, injuries as are hereinafter alleged:

5. That on the above date and time, Defendant, SCHNEIDER NATIONAL CARRIERS, was then and there guilty of one or more of the following negligent acts or omissions:

    a.    Failed to reduce its speed to avoid an accident;

    b.    Failed to keep its vehicle under control;

    c.    Failed to keep a proper lookout for Plaintiff and others traveling upon the roadway;

6. That as a direct and proximate result of Defendant's negligence as above set forth, Plaintiff, TRISHA MAUPIN, was then and there injured in her back and was pregnant at the time of the accident.

7. That Plaintiff was hindered and prevented from attending to her usual duties and affairs;

8. That Plaintiff has in the past and will in the future become liable for large sums of money for hospital and medical treatment in endeavoring to become healed and cured of her injuries;

9. That Plaintiff has in the past and will in the future lose large sums of monies, which would have otherwise accrued to her.

WHEREFORE, Plaintiff, TRISHA MAUPIN, prays for judgment against the Defendant, SCHNEIDER NATIONAL CARRIERS, for an amount in excess of Fifty Thousand Dollars ($50,000.00) plus costs of suit.

                        TRISHA MAUPIN, PLAINTIFF,

                        THE PERICA LAW FIRM, P. C.,

                        By: _____
                        BOB L. PERICA, #06184457
                        229 East Ferguson Avenue
                        Wood River, IL 62095
                        Telephone: (618) 251-4400
                        Facsimile: (618) 251-9820
                        bob@pericalawfirml.com

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| TRISHA MAUPIN, | ) |
| Plaintiff, | ) ) ) Case No. 15-L-678 |
| vs. | ) ) |
| JOHNATHON MICHAEL BEVIL, As Agent And Employee of Schneider National Carriers and SCHNEIDER NATIONAL CARRIERS, | ) ) ) ) |
| Defendant. | ) |

FILED
ST. CLAIR COUNTY
NOV 25 2015
CIRCUIT CLERK

## ENTRY OF APPEARANCE

Comes now Bob L. Perica, of The Perica Law Firm, and hereby enters his appearance in the above matter as attorney of record for the Plaintiffs. Copies of all pleadings, notices, and other correspondence should be mailed to the undersigned attorney at the below-stated address.

THE PERICA LAW FIRM, P. C.

By:_____
BOB L. PERICA #06184457
229 East Ferguson Avenue
Wood River, IL 62095
Telephone: 618-251-4400
Facsimile: 618-251-9820
bob@pericalawfirm.com

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

TRISHA MAUPIN,                                )
                                              )
    Plaintiff,                             )
                                              )
                                              )   Case No. 15-L-_____
vs.                                           )
                                              )
                                              )
JOHNATHON MICHAEL BEVIL, As Agent             )
And Employee of Schneider National Carriers and )
SCHNEIDER NATIONAL CARRIERS,                  )
                                              )
    Defendant.                             )

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF MADISON    )

**FILED
ST. CLAIR COUNTY
NOV 23 2015**

## AFFIDAVIT REGARDING DAMAGES SOUGHT

I, Bob L. Perica, attorney for Plaintiff, hereby state under oath the following:

1. That the total money damages sought in this case exceeds Fifty Thousand Dollars ($50,000.00).

2. That this Affidavit is pursuant to Supreme Court Rule 222(b).

THE PERICA LAW FIRM, P. C.

By: _____
BOB L. PERICA, #06184457
229 East Ferguson Ave.
Wood River, IL 62095
Telephone: (618) 251-4400
Facsimile: (618) 251-9820
bob@pericalawfirm.com

Subscribed and sworn to before me this 23rd day of Nov., 2015.

_____
Notary Public

OFFICIAL SEAL
DEBRA K DAVIS
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 07/30/2016



**THE PERICA LAW FIRM, P.C.**

BOB L. PERICA ATTORNEY AT LAW

November 23, 2015

FILED
ST. CLAIR COUNTY
NOV 2 5 2015
CIRCUIT CLERK

Clerk of the Circuit Court
10 Public Square
Belleville, IL 62220

    Re:  Trisha Maupin v. Johnathon Michael Bevil, As Agent
           And Employee of Schneider National Carriers and Schneider
           National Carriers
           Case No. 15-L-678

Dear Sir:

    Enclosed please find an original and two copies of my Entry of Appearance, Complaint and Affidavit Regarding Damages Sought, which I request that you file.

    Please also find a Summons on each defendant in the above matter, which I request that you issue and return to me so that I can arrange for service on the defendants.

    I am enclosing my firm's check in the amount of $268.00 to cover the cost of filing.

    Thank you for your assistance in this matter.

                                    Sincerely,

                                    Bob L. Perica

BLP:dd
Enclosures

229 EAST FERGUSON AVENUE • WOOD RIVER, IL • 62095 • (618) 251-4400 • FAX (618) 251-9820
EMAIL: BOB@PERICALAWFIRM.COM • WWW.PERICALAWFIRM.COM
LICENSED IN MISSOURI AND ILLINOIS

# CIRCUIT COURT FOR THE 20TH JUDICIAL CIRCUIT

State of Illinois )
County of St. Clair ) S.S.

Case Number 15-L-678

Amount Claimed _____

| TRISHA MAUPIN | VS | JOHNATHON MICHAEL BEVIL, as Agent and Employee of Schneider National Carriers and SCHNEIDER NATIONAL CARRIERS |
|---|---|---|
| **Plaintiff(s)** | | **Defendant(s)** |

Classification Prefix _____ Code _____ Nature of Action _____ Code _____

**TO THE SHERIFF: SERVE THIS DEFENDANT AT:**

Pltf. Atty. Bob L. Perica       Code _____
Address  229 East Ferguson Ave.
City  Wood River, IL 62095  Phone 618-251-4400
Add. Pltf. Atty. n/a           Code _____

NAME   Schneider National Carriers

ADDRESS  3101 S. Packerland Dr

## SUMMONS COPY
To the above named defendant(s)......:

CITY & STATE   Green Bay, WI 54313

☐ A. You are hereby summoned and required to appear before this court at
(court location) _____ at _____ M. On _____ 20___
to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

☒ B. You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment of decree by default may be taken against you for the relief prayed in the complaint.

**TO THE OFFICER:**
This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, 12-1-20 15

KAHALAH A. CLAY
Clerk of Court

SEAL

BY DEPUTY: _Vickie Dayle_

DATE OF SERVICE: _____ 20___
(To be inserted by officer on copy left with defendant or other person)

State of Illinois ) S.S.
County of St. Clair )

Case Number 15-L-678

Amount Claimed _____

| | |
|---|---|
| TRISHA MAUPIN | JOHNATHON MICHAEL BEVIL, as Agent and Employee of Schneider National Carriers and SCHNEIDER NATIONAL CARRIERS |
| Plaintiff(s) | Defendant(s) |

Classification Prefix _____ Code _____ Nature of Action _____ Code _____

TO THE SHERIFF: SERVE THIS DEFENDANT AT:

Pltf. Atty. Bob L. Perica _____ Code _____ NAME Johnathon Michael Bevil
Address 229 East Ferguson Ave.
City Wood River, IL 62095 Phone 618-251-4400
Add. Pltf. Atty. n/a _____ Code _____ ADDRESS ███████████████

**SUMMONS COPY**

To the above named defendant(s)......: CITY & STATE Kings Mountain, NC

☐ A. You are hereby summoned and required to appear before this court at
(court location) _____ at _____ M. On _____ 20___
to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

☒ B. You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment of decree by default may be taken against you for the relief prayed in the complaint.

TO THE OFFICER:
This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, 12-1-2015
KAHALAH A. CLAY
Clerk of Court
BY DEPUTY: _Vickie Doyle_

DATE OF SERVICE: _____ 20___
(To be inserted by officer on copy left with defendant or other person)

SEAL



BOB L. PERICA  ATTORNEY AT LAW

THE PERICA LAW FIRM, P.C.

January 4, 2016



FILED
ST. CLAIR COUNTY
JAN 0 6 2016

Clerk of the Circuit Court
10 Public Square
Belleville, IL 62220

    Re:   Trisha Maupin v. Johnathon Michael Bevil, As Agent
            And Employee of Schneider National Carriers and Schneider
            National Carriers
            Case No. 15-L-678

Dear Sir:

    Enclosed please find the Return of Service showing that proper service was made on each of the Defendants,

Johnathon Michael Bevil and
Schneider National Carriers,

which I request that you file in the above matter.

    Thank you for your assistance in this matter.

                                    Sincerely,

                                    Bob L. Perica

BLP:dd
Enclosures

229 EAST FERGUSON AVENUE • WOOD RIVER, IL • 62095 • (618) 251-4400 • FAX (618) 251-9820
EMAIL: BOB@PERICALAWFIRM.COM • WWW.PERICALAWFIRM.COM
LICENSED IN MISSOURI AND ILLINOIS

IN THE CIRCUIT COURT OF THE
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

TRISHA MAUPIN )
    Plaintiff, )
)   Case No. 15-L-678
vs. )
)
JOHNATHON MICHAEL BEVIL, As Agent )
And Employee of Schneider National Carriers and )
SCHNEIDER NATIONAL CARRIERS )
    Defendant )

**FILED**
**ST. CLAIR COUNTY**
**JAN 0 6 2016**
CIRCUIT CLERK

## AFFIDAVIT OF SERVICE – INDIVIDUAL

State of :     North Carolina )
County of:     Gaston )

**Name of Server:** _____JA MOSER_____, undersigned, being duly sworn, deposes and says that at the time of service, she was over the age of twenty-one, was not a party to this action.
**Date/Time of Service:** On the 19th day of **December 2015**, at **10:42** o'clock **A. M.**
**Place of Service:** at _____, city of **Kings Mountain** county of **Cleveland**, of **NC**.

**Documents Served:** The undersigned served the documents described as: **Summons Copy, Entry of Appearance, Complaint and Affidavit Regarding Damages Sought**
(Name of document(s))

Person Served, and Method of Service:

   **X**    SUB SERVICE for JOHNATHON MICHAEL BEVIL to JESSICA BEVIL, wife at residence

**Description of Person:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _WHITE_ ; Hair Color _BROWN_ ; Facial Hair _n/a_ ; Approx. Age _28-30_
Approx. Height _5'8"_ ; Approx. Weight _200_

   **X X**    To the best of my knowledge and belief, said person was not engaged in the U S military at the time of service.

Signature of Server:
Undersigned declares under penalty of
perjury that the foregoing is true and correct.

_J.A. Moser_    12- 19th-2015
Signature of Server   J.A. Moser    (Date)

Subscribed and sworn to before me
this _19th_ day of _December 2015_

_____
Notary Public

BOBBY S. POOLE, JR.
NOTARY PUBLIC
Gaston County
North Carolina
My Commission Expires: 3-13-2018

A Closer Look Investigations, LLC
PO Box 5082
Godfrey, IL 62035
Phone: 618-466-8102

| State of Illinois ) S.S. | Case Number 15-L-678 |
|---|---|
| County of St. Clair ) | |

Amount Claimed _____

| TRISHA MAUPIN | VS | JOHNATHON MICHAEL BEVIL, as Agent and Employee of Schneider National Carriers and SCHNEIDER NATIONAL CARRIERS |
|---|---|---|
| Plaintiff(s) | | Defendant(s) |

Classification Prefix _____ Code _____ Nature of Action _____ Code _____

TO THE SHERIFF: SERVE THIS DEFENDANT AT:

Pltf. Atty. **Bob L. Perica** Code _____   NAME **Johnathon Michael Bevil**
Address **229 East Ferguson Ave.**
City **Wood River, IL 62095** Phone **618-251**-4400
Add. Pltf. Atty. **n/a** Code _____   ADDRESS ▓▓▓▓▓▓▓▓▓▓

## SUMMONS COPY

To the above named defendant(s)......:   CITY & STATE **Kings Mountain, NC**

☐ A. You are hereby summoned and required to appear before this court at (court location) _____ at _____ M. On _____ 20__ to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

☐ B. You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment of decree by default may be taken against you for the relief prayed in the complaint.

TO THE OFFICER:
This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, **12-1-** 20**15**

**KAHALAH A. CLAY**
Clerk of Court

BY DEPUTY: _Jackie Dayle_

SEAL

DATE OF SERVICE: _____ 20__
(To be inserted by officer on copy left with defendant or other person)

I certify that I served this summons on defendants as follows:

(a) – (Individual defendants – personal):
By leaving a copy of the summons and a copy of the complaint with each individual defendant personally as follows:

| Name of defendant | Date of service |
|---|---|
|  |  |
|  |  |
|  |  |

(b) - (Individual defendants - abode):
By leaving a copy of the summons and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
| ~~Johnathon Michael~~ Bevil | ~~Jessica~~ Bevil | 12-19-2015 10:42 AM |  |
|  |  |  |  |

(c) - (Corporation defendants):
By leaving a copy of the summons and a copy of the complaint with the registered agent office, or agent of each defendant corporation as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
|  |  |  |
|  |  |  |

(d) - (Other service):

*[signature]* JA Moser, Private Process Server of Gaston County, N. Carolina

_____, Sheriff of _____ County

_____, Deputy

**SHERIFF'S FEES**

Service and return _____ $
Miles _____ $
Total _____ $

Sheriff of _____ County

# RETURN OF SERVICE

**State of Illinois**  **County of Saint Clair**  **20th Judicial Circuit Court**

Case Number: 15-L-678

Plaintiff:
**Trisha Maupin**

vs.

Defendant:
**Johnathon Michael Bevil, as Agent and Employee of Schneider National Carriers and SCHNEIDER NATIONAL CARRIERS**

For:
A Closer Look Investigations, LLC
Po Box 5082
Godfrey, IL 62035

FILED
ST. CLAIR COUNTY
JAN 0 6 2016
CIRCUIT CLERK

Received by Clutter Investigations Inc. DBA Courthouse Courier on the 18th day of December, 2015 at 2:53 pm to be served on **Schneider National Carriers, Inc. c/o The Corporation Company, 118 West Edwards Street, Suite 200, Springfield, IL 62704**.

I, Kaitlynn Lauterbach, do hereby affirm that on the **22nd day of December, 2015** at **3:27 pm**, I:

served a CORPORATION by delivering a true copy of the **Summons Copy, Entry of Appearance, Complaint, and Affidavit Regarding Damages Sought** with the date and hour of service endorsed thereon by me, to: **Melanie Robinson as Fulfillment Specialist** for **Schneider National Carriers, Inc.**, at the address of: **118 West Edwards Street, Suite 200, Springfield, IL 62704**, and informed said person of the contents therein, in compliance with all applicable law.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'8", Weight: 160, Hair: Brown, Glasses: N

I being first duly sworn on oath, states that I am over 18 years of age and not a party to this lawsuit. Under penalties of perjury as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the above statement is true and correct.

Kaitlynn Lauterbach
129-391250

**Clutter Investigations Inc. DBA Courthouse Courier**
1032 S. 2nd Street
Springfield, IL 62704
(217) 528-5997

Our Job Serial Number: CLU-2015004155

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

CIRCUIT COURT FOR THE 20TH JUDICIAL CIRCUIT

State of Illinois )
                  ) S.S.
County of St. Clair )

Case Number 15-L-678

Amount Claimed _____

| TRISHA MAUPIN | VS | JOHNATHON MICHAEL BEVIL, as Agent and Employee of Schneider National Carriers and SCHNEIDER NATIONAL CARRIERS |
|---|---|---|
| Plaintiff(s) | | Defendant(s) |

Classification Prefix _____ Code _____ Nature of Action _____ Code _____

TO THE SHERIFF: SERVE THIS DEFENDANT AT:

Pltf. Atty. **Bob L. Perica** Code _____
Address **229 East Ferguson Ave.**
City **Wood River, IL 62095** Phone **618-251-4400**
Add. Pltf. Atty. **n/a** Code _____

NAME **Schneider National Carriers**

ADDRESS **3101 S. Packerland Dr**

## SUMMONS COPY
To the above named defendant(s).......:

CITY & STATE **Green Bay, WI 54313**

☐ A. You are hereby summoned and required to appear before this court at
(court location) _____ at _____ M. On _____ 20___
to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

☐ B. You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment of decree by default may be taken against you for the relief prayed in the complaint.

TO THE OFFICER:
This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, 12-1-2015
KAHALAH A. CLAY
Clerk of Court

BY DEPUTY: _____

SEAL

DATE OF SERVICE: December 22, 2015
(To be inserted by officer on copy left with defendant or other person)

I certify that I served this summons on defendants as follows:

(a) – (Individual defendants – personal):
By leaving a copy of the summons and a copy of the complaint with each individual defendant personally as follows:

| Name of defendant | Date of service |
|---|---|
| | |
| | |
| | |

(b) - (Individual defendants - abode):
By leaving a copy of the summons and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

(c) - Corporation defendants):
By leaving a copy of the summons and a copy of the complaint with the registered agent office, or agent of each defendant corporation as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
| Schneider National Carriers, Inc. | Melanie Robinson | 12/22/2015 |

(d) - (Other service):

SHERIFF'S FEES
Service and return _____ $
Miles _____ $
Total _____ $

Sheriff of _____ County

Kaitlynn Lauterbach, Sheriff of Sangamon County
Kaitlyn Lauterbach, ~~Deputy~~ Process Server