IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRISHA MAUPIN,

Plaintiff,

v.

JOHNATHON MICHAEL BEVIL, *et al.*,

Defendants.

Case No. 16-cv-46 JPG/DGW

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: August 25, 2016**     **JUSTINE FLANAGAN, Acting Clerk of Court**

*s/Tina Gray,*
   **Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
          **J. PHIL GILBERT**
          **DISTRICT JUDGE**